IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ADAM NATHAN,<br><br>                Defendant. | 8:19CR90<br><br>ORDER |

This matter is before the Court on the government's Amended Motion to Dismiss (Filing No. 60) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Adam Nathan. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Amended Motion to Dismiss (Filing No. 60) is granted.
2. The Indictment (Filing No. 1) is dismissed without prejudice as to defendant Adam Nathan only.

Dated this 5th day of April 2021.

BY THE COURT:

*/s/ Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
United States District Judge